IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ELENA IVANOVNA BUYALOVA**                                                                **PLAINTIFF**

V.                              **CASE NO. 5:25-CV-5077**

**SHERIFF JAY CANTRELL,
WASHINGTON COUNTY, ARKANSAS;
RANDON MCCULLOUGH;
HEARTSFIELD, FAYETTEVILLE POLICE DEPARTMENT (FPD);
GREG TABOR, WASHINGTON COUNTY
DETENTION CENTER (WCDC);
SAMUELS, FPD; CUNNINGHAM, WCDC;
HOLMES, WCDC; FULLER, WCDC;
JOHNSON POLICE DEPARTMENT (JPD);
CHIEF OF POLICE CHRIS KELLY, JPD;
REYNOLDS, FPD; GENTRY, FPD; FRANKLIN, FPD;
LIDIA KUREVICH; UBOLRAT XAYSANASY;
KNWA, FAYETTEVILLE AND ROGERS BRANCHES;
KIETH SMITH, JPD; NEWSON, WCDC;
ANDERSON, FPD; KNOTTS, FPD;
CRAFTON, FPD; DICUS, FPD; SUTLEY, FPD;
PARKS, FPD; BAILEY, FPD; AND HARRIS, FPD**                                          **DEFENDANTS**

## ORDER

Before the Court is the Report and Recommendation ("R&R") (Doc. 9) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, filed in this case on July 24, 2025. The R&R recommends dismissing all federal claims upon preservice screening and declining to exercise supplemental jurisdiction over the remaining state law claims. Plaintiff Elena Ivanovna Buyalova filed Objections (Doc. 10) to the R&R, and the Court reviewed the entire case file de novo.

As the R&R recounts, Ms. Buyalova brings excessive force, false arrest, conditions of confinement, and equal protection claims against a number of defendants. Her objections to the R&R do not engage with the R&R's reasoning in any way. Instead, Ms.

1

Buyalova merely repeats the same allegations she made in her Amended Complaint. The Court agrees with the analysis and conclusions the Magistrate Judge arrives at in her careful sixteen-page opinion. Accordingly, the Objections are **OVERRULED**.

**IT IS THEREFORE ORDERED** that All federal claims are **DISMISSED** for failure to state a claim under 28 U.S.C. § 1915(e)(2) and for lack of jurisdiction, and the Court decline to exercise supplemental jurisdiction over any remaining state law claims pursuant to 28 U.S.C. § 1367(c)(3).

**IT IS SO ORDERED** on this 8th day of August, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE